IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| MINABEN NAVRATLAL PATEL and YOGESH AMRUTBHAI PATEL, | * * * | |
| Plaintiffs, | * * | CV 623-047 |
| v. | * * | |
| ALEJANDRO MAYORKAS, Secretary of DHS, et al., | * * * | |
| Defendants. | * * * | |

ORDER

Before the Court is the Parties' consent motion for voluntary dismissal. (Doc. 4.) This motion was filed prior to Defendants serving an answer or a motion for summary judgment. Upon due consideration, this Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of October, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA